1
2
3
4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION
## CASE NO.:_____

5   **Karen Yeh-Ho, individual,**
6   **Vested Beneficiary**
7   Plaintiff,
8   Vs.
9   MERRILL LYNCH, PIERCE,
10  FENNER & SMITH, INC.
11  A foreign profit corporation
12  (Document #813294)
13  Defendants
14

FILED BY_____ D.C.

OCT 0 1 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

_____ JURY TRIAL DEMANDED /

15  COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT,

16  MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. OWES PLAINTIFF,

17  KAREN YEH HO MORE THAN $640,000.00 (SIX HUNDRED FORTY

18  THOUSAND DOLLARS)  (28 U.S.C. § 1332; Diversity of Citizenship)

19  _____ /
20
21     I.     The Parties to This Complaint
22            A. The Plaintiff
23            Name: KAREN YEH HO
24            Street Address: 9174 Chianti Court
25            City and County: Boynton Beach, Palm Beach County.
26            State and Zip Code: FLORIDA,  33472
27            Telephone Number: (561)460-1989
28            E-mail Address:
29
30            B. The Defendant
31            Name: MERRILL LYNCH, PIERCE, FENNER & SMITH
32            INCORPORATED  (Document#813294)
33            Street Address: One Bryant Park
34            City and County: New York City

Case number:

35        State and Zip Code: NY, 10036
36        Telephone Number: (800)637-7455
37        E-mail Address:
38
39   II.    Basis for Jurisdiction
40        Federal courts are courts of limited jurisdiction (limited powers).
41        Under 28 U.S.C. § 1332, federal courts may hear cases in which a
42        citizen of one State sues a citizen of another State or nation and the
43        amount at stake is more than $75,000.  In that kind of case, called a
44        diversity of citizenship case, no defendant may be a citizen of the
45        same State as any plaintiff.  Explain how these jurisdictional
46        requirements have been met.
47        A. The Plaintiff.
48            1. If the plaintiff is an individual
49                The plaintiff, KAREN YEH HO, is a citizen of the State of
50                Florida.
51
52        B. The Defendant.
53            1. If the defendant is a corporation.
54                The defendant MERRILL LYNCH, PIERCE, FENNER &
55        SMITH INCORPORATED (CRD#7691/SEC#:801-14235.8-7221) is
56        incorporated under the laws of the State of ?????, and has its principal
57        place of business in the State of New York or is incorporated under
58        the laws of ?????, and has its principal place of business in New York.
59
60        C. The Amount in Controversy
61            The amount in controversy – the amount the plaintiff claims the
62            defendant owes or the amount at stake – is more than $75,000, not
63            counting interest and costs of court, because (explain):
64
65            The Amount in Controversy is more than $640,000.00 (six
66            hundred forty thousand dollars).
67
68   III.    Statement of Claim
69            Write a short and plain statement of the claim.   Do not make legal

Case number:

70   arguments.  State as briefly as possible the facts showing that each

71   plaintiff is entitled to the damages or other relief sought.  State how

72   each defendant was involved and what each defendant did that caused

73   the plaintiff harm or violated the plaintiff's rights, including the dates

74   and places of that involvement or conduct.  If more than one claim is

75   asserted, number each claim and write a short and plain statement of

76   each claim in a separate paragraph.  Attach additional pages if needed.

77   The defendant, MERRILL LYNCH, PIERCE, FENNER & SMITH

78   INCORPORATED, owes the plaintiff six hundred forty thousand

79   dollars ($640,000), because Louis Hency Ng died on February 4, 2016

80   and Lucia Chiao Hung Ng died on February 28, 2017.  The instruction

81   in the Designated named inheritance beneficiary form provide

82   instruction for immediate designated named inheritance distribution to

83   the named beneficiaries: KAREN YEH HO, STEPHEN YEH and

84   WILLIAM YEH.  KAREN YEH HO as of September 30, 2021 still

85   did not receive her vested inheritance gift of more than $640,000 (six

86   hundred forty thousand dollars).

87   IV.   RELIEF
88   State briefly and precisely what damages or other relief the plaintiff asks the
89   court to order.  Do not make legal arguments.  Include any basis for claiming

Case number:

90   that the wrongs alleged are continuing at the present time.  Include the
91   amounts of any actual damages claimed for the acts alleged and the basis for
92   these amounts.  Include any punitive or exemplary damages claimed, the
93   amounts, and the reasons you claim you are entitled to actual or punitive
94   money damages.
95
96   WHEREFORE, Plaintiff, KAREN YEH HO, pro se, respectfully request this

97   Court demand that:

98   (1) MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

99   pay to KAREN YEH HO her parents' LOUIS HENCY NG IRRA and or

100   LUCIA CHIAO HUNG NG IRRA, LOUIS HENCY NG and LUCIA

101   CHIAO HUNG NG joint money market account.

102   (2) MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

103   pay KAREN YEH HO's possible excess IRS penalty for overdue LOUIS

104   HENCY NG IRRA and or LUCIA CHIAO HUNG NG IRRA distribution.

105   (3) The Court Cost and fees.

106

107   V. Certification and Closing
108   Under Federal Rule of Civil Procedure 11, by signing below, I certify to the
109   best of my knowledge, information, and belief that this complaint: (1) is not being
110   presented for an improper purpose, such as to harass, cause unnecessary delay, or
111   needlessly increase the cost of litigation; (2) is supported by existing law or by a
112   nonfrivolous argument for extending, modifying, or reversing existing law; (3) the
113   factual contentions have evidentiary support or, if specifically so identified, will
114   likely have evidentiary support after a reasonable opportunity for further
115   investigation or discovery; and (4) the complaint otherwise complies with the

Case number:

116    requirements of Rule 11.

117

118    A. For Parties Without an Attorney

119    I agree to provide the Clerk's Office with any change to my address where case-

120    related papers may be served.  I understand that my failure to keep acurrent address

121    on file with the Clerk's Office may result in the dismissal of my case.

122

123    Verified Statement:

124    I understand that I am swearing or affirming under oath to the truthfulness of the

125    claims made in this complaint and that the punishment for knowingly making a

126    false statement includes fines and/or imprisonment.

127

128    Date of signing: *October 1, 2021*

129    Signature of Plaintiff

130    Printed Name of Plaintiff:  KAREN YEH HO

131

132    STATE OF FLORIDA

133    COUNTY OF PALM BEACH

134    SWORN TO AND SIGNED BEFORE ME ON *10/1/2021* KAREN YEH HO PERSONALLY

135    APPEAR AND PRODUCE DRIVER LICENSE AS HER IDENTIFICATION.

136

137

138    NOTARY PUBLIC STATE OF FLORIDA      NOTARY STAMP:

139

140

141

142

143    **Service List:**

144

| DEFENDANT:<br>MERRILL LYNCH, PIERCE, FENNER &<br>SMITH INCORPORATED<br>ONE BRYANT PARK<br>NEW YORK, NY  10036 | United States District Court<br>Southern District of Florida<br>Office of the Clerk – Room 8N09<br>400 North Miami Avenue<br>Miami, Florida  33128-7716<br>Case number: |
|---|---|
| PLAINTIFF: KAREN YEH HO, PRO SE<br>9174 Chianti Court,<br>Boynton Beach, FL  33472 | |

145

146    Case number: